**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

---

ANTHONY JAMES DIDOMENICO,

                                    Plaintiff,

  -vs-                                                             1:14-CV-737

COMMISSIONER OF SOCIAL SECURITY,

                                    Defendant.

---

**Thomas J. McAvoy,
United States District Judge**

## DECISION and ORDER

This matter was referred to the Hon. Andrew T. Baxter, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District of New York. No objections to the July 6, 2015 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation and Order for the reasons stated therein.

Accordingly, the Report and Recommendation of Magistrate Judge Baxter is hereby ADOPTED, and:

       1. The Commissioner's decision is hereby AFFIRMED; and

       2. Plaintiff's complaint is hereby DISMISSED.

**IT IS SO ORDERED.**

Dated: September 21, 2015

_____
Thomas J. McAvoy
Senior, U.S. District Judge