# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Anthony James Didomenico**
    Plaintiff
  v.                  CASE NUMBER: 1:14-CV-737(TJM/ATB)

**Carolyn W. Colvin**
    Defendant

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Report and Recommendation of Magistrate Judge Andrew T. Baxter is hereby ADOPTED. It is ORDERED that the Commissioner's decision is hereby AFFIRMED and Plaintiff's Complaint is hereby DISMISSED.

All of the above pursuant to the order of the Honorable Senior Judge Thomas J. McAvoy, dated the 21st day of September, 2015.

DATED: September 21, 2015

_____
Clerk of Court

                                        s/ Michelle Coppola
                                            Deputy Clerk